# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

In re:   Jahangir Parandeh                                    Chapter 13
              Debtor                                              Case No. 14-12578-BFK

## Motion to Dismiss the Objections of Creditor Irina Dmtriev to Confirmation of Debtor Jahangir Parandeh's Modified Chapter 13 Plan and Motion to Dismiss

NOW DEBTOR, Jahangir Parandeh, by counsel, says:

1. Debtors' Chapter 13 Bankruptcy was filed on July 9, 2014, and the creditor, Irina Dmtriev, was listed as a creditor, care of her attorney, Konstyantyn Nesterov, at 11821 Parklawn Dr., Ste. 206, Rockville, MD 20852-2539, in the bankruptcy schedules filed on that date.

2. On July 12, 2014, the Bankruptcy Noticing Center served the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines on all interested parties, including Irina Dmtriev, care of her attorney at the address specified in paragraph 1.  This notice included the deadline to file proofs of claim, which was November 10, 2014.

3. Despite having been served notice in July of the deadline to file a proof of claim, Irina Dmtriev didn't file her claim until well past that deadline on December 4, 2014.

4. Due to her own failure to timely file a claim, Irina Dmtriev lacks standing to object to the plan or file a motion to dismiss the case.

WHEREFORE Debtors pray that this Court will dismiss the Objections of Creditor Irina Dmtriev to Confirmation of Debtor Jahangir Parandeh's Modified Chapter 13 Plan and Motion to Dismiss and for any and other relief this Court deems equitable and just.

Date: December 10, 2014

    /s/ Robert R. Weed
Robert R. Weed, VSB #24646
Law Office of Robert R. Weed
45575 Shepard Drive, Suite #201
Sterling, VA  20164
(703) 335-7793
Counsel for Debtors

**CERTIFICATE OF SERVICE**

I, Robert R. Weed, hereby certify that on December 10, 2014, a copy of the foregoing motion was served electronically on:

Kostyantyn K. Nesterov
Counsel for Irina Dmitriev

Thomas P. Gorman
Chapter 13 Trustee

/s/ Robert R. Weed
Robert R. Weed